UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 19, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
v. )
)
SHAWN MICHAEL WARDINSKI, )
)
           Defendant. )

Case No. MAG. 10-0068 DAD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SHAWN MICHAEL WARDINSKI, Case No.

MAG. 10-0068 DAD, Charge Title 18 USC §§ 1708; 1709, from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_    Release on Personal Recognizance

X    Bail Posted in the Sum of $ _15,000.00_

    X    Unsecured Appearance Bond

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond with Surety

    _    Corporate Surety Bail Bond

    X    (Other) _Pretrial Services Supervision of Conditions of Release_

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _March 19, 2010_ at _2:44_ pm .

By _____
Dale A. Drozd
United States Magistrate Judge