FILED
May 24, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>            Plaintiff,                           )<br>v.                                                    )<br>                                                         )<br>SHAWN MICHAEL WARDINSKI,  )<br>                                                         )<br>            Defendant.                       ) | Case No. 2:10-CR-0139-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHAWN MICHAEL WARDINSKI</u>, Case No. <u>2:10-CR-0139-FCD</u>, Charge <u>Title 18 USC § 1709</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ _15,000.00_

_X_  Unsecured Appearance Bond

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

_X_  (Other)   _Pretrial Services Supervision of Conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>May 24, 2010</u>  at  <u>3:37</u>  pm.

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge